UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

                                            Case No: 1-25-42207-NHL

SJ Holdings Group LLC
dba Walden Pointe Apartments,               Chapter 11

                        Debtor.
-----------------------------------------------------------X

## AFFIDAVIT RELATING TO PAYMENT OF
## THIRD-PARTY RETAINER

STATE OF   NEW YORK  )
                                ) ss.:
COUNTY OF  KINGS        )

I, Mikhail Levitansky on behalf of Atlantic Avenue Development LLC, being duly sworn, depose and say:

1.    I submit this Affidavit on behalf of Atlantic Avenue Development LLC in support of the application filed by the Debtor relating to the retention of Law Offices of Alla Kachan PC as an Attorney for the Debtor in this bankruptcy case.

2.    As disclosed in the Affidavit of Disinterestedness of Attorney filed in support Law Offices of Alla Kachan P.C. retention, Atlantic Avenue Development LLC with Mikhail Levitansky as President, paid Law Offices of Alla Kachan P.C. a $15,000.00 retainer on June 9, 2025, in connection with this matter out of its' funds and from its bank account. Atlantic Avenue Development LLC shall have no claim against the Debtor's estate with respect to repayment of such retainer. An additional application for post-petition services, will be made by Law Offices of Alla Kachan P.C. at a future time, before the additional retainer is drawn upon.

3.    This shall confirm I, Mikhail Levitansky, President of Atlantic Avenue Development LLC am fully aware that Law Offices of Alla Kachan P.C. owes a duty of undivided loyalty to the Debtor only. I, Mikhail Levitansky, President of Atlantic Avenue Development LLC, have been advised by Law Offices of Alla Kachan P.C. that if a conflict of interest should arise that Law

Offices of Alla Kachan P.C. will notify both the Court and me, and that in such circumstances I should consult with an independent attorney in connection with this matter.

4.     The Debtor does not owe any money to the Law Offices of Alla Kachan P.C. and Atlantic Avenue Development LLC does not owe any money to the Debtor. Atlantic Avenue Development LLC does not owe any money to the Law Offices of Alla Kachan P.C. and the Law Offices of Alla Kachan P.C. does not owe any money to Atlantic Avenue Development LLC.

5.     Further, Atlantic Avenue Development LLC does not have any intention of asserting a claim against the estate of the Debtor for funds advanced for attorney fees in this case or any future fees to be paid to Law Offices of Alla Kachan P.C.

6.     Neither I nor Atlantic Avenue Development LLC provide any financing to the Debtor or intend to provide any financing to the Debtor. Furthermore, neither I nor Atlantic Avenue Development LLC intend to purchase or bid on any assets owned by the Debtor.

7.     Based upon the foregoing, it is my belief that Atlantic Avenue Development LLC does not have any adverse interest against the estate of the Debtor herein, or with any creditor or any other party in interest.

I, Mikhail Levitansky, President of Atlantic Avenue Development LLC declare under penalty of perjury that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Brooklyn, New York
         August _4_ , 2025

_Mikhail Levitansky_
Mikhail Levitansky on behalf of
Atlantic Avenue Development LLC

Duly sworn to before me this

_4_ day of _August_ , 2025

_____
(Notary Public)

OLGA LUZGINA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01LU6393486
Qualified in Kings County
Commission Expires June 17, 2027