UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

ST Holding Group LLC

Debtor(s)
-----------------------------------------------------------x

Case No. 1-25-42207-Jmm

Chapter 11

RECEIVED 2026 APR -8 A 10:49 U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK

### Application in Support of an Order to Show Cause

To the Honorable _Jmm_ , United States Bankruptcy Judge:

I, _MIKHAIL LEVITANSKY_ Movant, herein, make this application in support of an Order to Show Cause to request the following emergency relief: _To stay order to transfer property to the reciever for the short period of time._

In support of the relief requested, I hereby allege as follows: _That due to the Jewish Holiday I will have firm comitment from Lender to refinance the property in two weeks. The reciever today on the property tried to brese the door._
_Transfer property to the reciever will hurm my ability for strong comitment on Monday_

WHEREFORE, Movant herein prays for the entry of an Order to Show Cause.

Dated: 04.8.2026

Signature: _Mikhail Levitansky_
Print name: MIKHAIL LEVITANSKY
Address: 1311 BRIGHTWATER Ave 4F
Phone: 917-254-3735
Email: OLGA3085@GMAIL.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

In re:

Case No. //

Chapter:

*S J Holdings Group LLC*
Debtor(s)

-------------------------------------------------------x

**ORDER TO SHOW CAUSE**

Upon the annexed application of Movant, _____ seeking entry of an Order to *Stay transfer the property to the receiver for two weeks in order to pay off the debt* _____, it is

**ORDERED** that _____ show cause at _____o'clock on the date of _____ or as soon thereafter as Movant may be heard before the Honorable _____ Bankruptcy Judge in Courtroom _____ at United States Bankruptcy Court located at _____, why this Court should not enter an Order to _____
_____.

**ORDERED** that service of this Order to Show Cause together with the application be served on or before the end of the business day on _____, upon

_____
_____, and

upon the Trustee at _____ and United States Trustee.

**ORDERED** that objections, if any, to the relief requested shall be made in writing, shall set forth with particularity, the grounds for such objection and shall be filed with the Clerk of the Court along with an extra copy marked "Chambers Copy," Trustee, United States Trustee, and the Movant on or before _____; and it is further

**ORDERED** that the hearing scheduled herein may be adjourned by the Court, from time to time, without further notice other than announcement of the adjourned hearing date in open court.

Dated:

_____
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In re:

Case No.

Chapter: 11

SJ Holding Group LLC

**Debtor(s)**

-------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on 04/08/26, a copy of the annexed papers was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care of the United States Postal Service within the State of New York, upon *[below specify the name and mailing address of each party served]*:

Nathaniel Vassestein, Esq.
Thomas Pader

Dated: 04/08/26

_____
*(Signature)*